```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANA RIVERA O'BRYANT,         )
                               ) Civil Action
          Plaintiff            ) No. 03-CV-06635
                               )
     vs.                       )
                               )
CITY OF READING;               )
JOSEPH EPPIHIMER;              )
JEFFREY WHITE;                 )
NAN BALMER;                    )
JESUS PENA;                    )
ERIC GALOSI; and               )
TAMMIE KIPP,                   )
                               )
          Defendants           )
```

O R D E R

NOW, this 11th day of August, 2005, upon consideration of Defendants City of Reading, Joseph Eppihimer, Jeffrey White, Nan Blamer, Jesús Peña, Tammie Kipp, and Eric Galosi's Motion for Summary Judgment filed September 20, 2004; upon consideration of Plaintiff's Memorandum in Opposition to Defendants City of Reading, Joseph Eppihimer, Jeffrey White, Nan Blamer, Jesús Peña, Tammie Kipp, and Eric Galosi's Motion for Summary Judgment, which memorandum was filed October 8, 2004; upon consideration of the briefs of the parties; upon consideration of the pleadings, exhibits, depositions and record papers; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that defendants' motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's Amended Complaint is dismissed.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge